1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00811-MWC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| GREGORY JOHN CURCIO. | |
| Defendant. | |

The Court hereby modifies Gregory John Curcio's bond conditions as follows: Mr. Curcio must clear all warrants and complete arson registration requirements on or before February 27, 2026.

IT IS SO ORDERED.

DATED:

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge