# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25CR00811-MWC | Date | April 9, 2026 |
| Title | United States v. Gregory John Curcio | | |

Present: The Honorable   Margo A. Rocconi, United States Magistrate Judge

| Erica Valencia | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**      ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release.  At the initial appearance following arrest on the violation petition, Defendant did not challenge the government's request for detention.  Defendant is ordered DETAINED without prejudice and held to answer the violation petition before the assigned district judge.